UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90448 |
|---|---|---|---|
| Debtor | | In Re: | Rhodium Encore LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brandon C. Marx<br>Foley & Lardner LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, Texas 75201<br>214-999-4754; bmarx@foley.com<br>Texas, 24098046 |

| Name of party applicant seeks to appear for: | Whinstone US, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/27/2024 | Signed: /s/ Brandon C. Marx |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                                                    United States Bankruptcy Judge