IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RHODIUM ENCORE LLC, *et al.*,[1] | § | Case No. 24-90448 (ARP) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | Related Docket No. 38 |
| | § | |

**NOTICE OF FILING OF EXHIBITS TO EMERGENCY MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (B) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (C) MODIFYING THE AUTOMATIC STAY, (D) SCHEDULING A FINAL HEARING, AND (E) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 29, 2024, Rhodium Encore, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* (ECF No. 38) (the "Postpetition Financing Motion").

**PLEASE TAKE NOTICE** that the Debtors hereby file **Exhibit A – 13-Week Budget** to the Postpetition Financing Motion.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511). The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

1

**PLEASE TAKE NOTICE** that the Debtors hereby file **Exhibit B – Debtor-in-Possession Facility Summary of Terms and Conditions** to the Postpetition Financing Motion.

Respectfully submitted this 29th day of August, 2024.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        */s/  Patricia B. Tomasco*
        Patricia B. Tomasco (SBN 01797600)
        Joanna D. Caytas (SBN 24127230)
        Cameron Kelly (SBN 24120936)
        Alain Jaquet (*pro hac vice*)
        700 Louisiana Street, Suite 3900
        Houston, Texas 77002
        Telephone: 713-221-7000
        Facsimile: 713-221-7100
        Email: pattytomasco@quinnemanuel.com
        Email: joannacaytas@quinnemanuel.com
        Email: cameronkelly@quinnemanuel.com
        Email: alainjaquet@quinnemanuel.com

        - and -

        Eric Winston (*pro hac vice*)
        Razmig Izakelian (*pro hac vice*)
        865 S. Figueroa Street, 10th Floor
        Los Angeles, California 90017
        Telephone: 213-443-3000
        Facsimile: 213-443-3100
        Email: ericwinston@quinnemanuel.com
        Email: razmigizakelian@quinnemanuel.com

        *Proposed Counsel to the Debtors and Debtors-In-Possession*

## Certificate of Service

      I hereby certify that on August 29, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Patricia B. Tomasco*
                                                 Patricia B. Tomasco