# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Monday, September 23, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Jason | Brookner | Gray Reed | and Standlin Group Investments 0 Series Rockdale |
| Amber | Carson | Gray Reed | and Standlin Group Investments 0 Series Rockdale |
| Joanna | Caytas | Sullivan, LLP | Rhodium |
| Razmig | Izakelian | Sullivan, LLP | Rhodium |
| Ha | Nguyen | U.S. Trustee | U.S. Trustee |
| Gaurav | parikh | None | Secured Creditor |
| Michael | Riordan | Chamberlain Hrdlicka | Shane Blackmon, Richard Camara |
| Patricia | Tomasco | Sullivan, LLP | Rhodium |
| Charles | Topping | None | Rhodium Enterprises, Inc. |