United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-90448-ARP |
| | § | |
| **RHODIUM ENCORE LLC,** *et al.* | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## ORDER GRANTING WHINSTONE US, INC'S
## EMERGENCY MOTION FOR A STATUS CONFERENCE

Upon the *Emergency Motion for a Status Conference* (the "**Motion**") filed by Whinstone US, Inc. ("**Whinstone**") requesting a status conference to resolve certain discovery issues; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and the Court having determined that the relief sought in the Motion is in the best interests of the the Debtors, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.     A status conference regarding the matters raised in the Motion shall occur on September 30, 2024, at 4:00 p.m.

2.     Whinstone shall prepare and file a notice of emergency status conference consistent with this Court's procedures for audio and video attendance at such conference.

Signed: September 26, 2024

Alfredo R Pérez
United States Bankruptcy Judge