IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 24-90448-ARP |
| RHODIUM ENCORE LLC, *et al.*[1] | § § § | Chapter 11 |
| Debtor. | § § § | |

**NOTICE OF EMERGENCY STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting Whinstone US, Inc.'s Emergency Motion for a Status Conference* [Docket No. 192], the Court has scheduled an emergency status conference regarding certain discovery issues for **September 30, 2024, at 4:00 p.m. (prevailing Central Time)** before the Honorable Alfredo R. Perez, Courtroom 400, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that participation is by audio and video connections only. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page. The meeting code is "JudgePerez." To enter your electronic

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511). The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

appearance, click on the link on Judge Perez's home page, click on the bankruptcy case name, and then enter the information requested.

DATED: September 26, 2024

Respectfully submitted by:

*/s/ Mark C. Moore*
Robert T. Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
J. Michael Thomas (TX 24066812)
Mark C. Moore (TX 24074751)
Brandon C. Marx (TX 24098046)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
rslovak@foley.com
slockhart@foley.com
jmthomas@foley.com
mmoore@foley.com
bmarx@foley.com

**COUNSEL TO WHINSTONE US, INC.**

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed on September 26, 2024, using the Court's CM/ECF System which caused it to be served upon those parties registered in the system to receive such service.

*/s/ Mark C. Moore*
Mark C. Moore