IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RHODIUM ENCORE LLC, *et al.*,[1] | § | Case No. 24-90448 (ARP) |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

**NOTICE OF CHANGE IN HOURLY RATES
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP**

PLEASE TAKE NOTICE that on September 22, 2024, Rhodium Encore LLC and its affiliated Debtors (the "Debtors") filed an Application of Debtors for Authority to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Attorneys Effective as of the Petition Date (the "Application") (ECF No. 168).  On October 14, 2024, the Court entered an order granting the Application and authorizing the Debtor to employ and retain Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Debtors' counsel (the "Retention Order") (ECF No. 260).

PLEASE TAKE FURTHER NOTICE that, as described in the Application, Quinn Emanuel's rates are periodically adjusted.  In the ordinary course of Quinn Emanuel's business and in keeping with Quinn Emanuel's established billing practices and procedures, Quinn Emanuel's standard rates were adjusted firm-wide on January 1, 2025.  In accordance with the

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511).  The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

Retention Order, Quinn Emanuel is filing this notice to provide notice of that adjustment. The new hourly rates are as follows:

| Partners | $1,765.00-$3,000.00 |
| --- | --- |
| Of Counsel | $1,775.00 to $2,725.00 |
| Associates | $965.00-$1,665.00 |
| Paralegals | $550.00-$840.00 |

Respectfully submitted this 24th day of February, 2025.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/  Patricia B. Tomasco*
Patricia B. Tomasco (SBN 01797600)
Cameron Kelly (SBN 24120936)
Alain Jaquet (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
Email: cameronkelly@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com

- and -

Eric Winston (*pro hac vice*)
Razmig Izakelian (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: ericwinston@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com

*Counsel for the Debtors and Debtors in Possession*