IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RHODIUM ENCORE LLC, *et al.*,[1] | § | Case No. 24-90448 (ARP) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on the *SAFE AHG Amended Emergency Motion to Terminate Exclusivity* [ECF No. 1247] for **Tuesday, June 24, 2025, at 2:00 p.m. (Central Prevailing Time)** before the Honorable Alfredo R. Perez, Courtroom 400, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that participation is by either audio and video connections or in person. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video connection will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or by using the following link https://meet.goto.com/JudgePerez, which can be found on Judge Perez's home page, and clicking the "join the meeting" button. The meeting code is "JudgePerez."

---

[1] Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), Rhodium Encore Sub LLC (1064), Rhodium Enterprises, Inc. (6290), Rhodium Industries LLC (4771), Rhodium Ready Ventures LLC (8618), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Renewables Sub LLC (9511), Rhodium Shared Services LLC (5868), and Rhodium Technologies LLC (3973). The mailing and service address of Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

Audio connections by phone are required for all video participants. To ensure your electronic appearance, click on the link on Judge Perez's home page, click on the bankruptcy case name and then enter the information requested.

Dated: June 9, 2025

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Sarah Link Schultz*

Sarah Link Schultz (State Bar No. 24033047; S.D. Tex. 30555)
Elizabeth Scott (State Bar No. 24059699; S.D. Tex. 2255287)
2300 N. Field St., Suite 1800
Dallas, TX 75201
Phone: (214) 969-2800
Fax: (214) 969-4343
Email: sschultz@akingump.com
Email: edscott@akingump.com

-and-

Mitchell P. Hurley (admitted *pro hac vice*)
One Bryant Park, 44th Floor
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002
Email: mhurley@akingump.com

*Counsel to the Ad Hoc Group of SAFE Parties*

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Sarah Link Schultz*
Sarah Link Schultz