IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| RHODIUM ENCORE LLC, *et al.*,[1] | § § | Case No. 24-90448 (ARP) |
| Debtors. | § § § | (Jointly Administered) |

### STIPULATION AND AGREED ORDER REGARDING THE PRODUCTION AND USE OF MEDIATION-RELATED DOCUMENTS AND COMMUNICATIONS

Rhodium Encore LLC and each of its associated debtors and debtors in possession (the "**Debtors**" or "**Rhodium**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"); the Ad Hoc Group of SAFE Parties (the "**SAFE AHG**"); Transcend Partners Legend Fund LLC, Valley High LP, GR Fairbairn Family Trust, Grant Fairbairn Revocable Trust, Nina Claire Fairbairn Revocable Trust, NCF Eagle Trust, GRF Tiger Trust, and NC Fairbairn Family Trust's (collectively, the "**Transcend Group**"); and the Special Committee of the Board of Directors of Debtor Rhodium Enterprises, Inc. (the "**Special Committee**," and together with the Debtors, SAFE AHG, and Transcend Group, the "**Parties**"), by and through their undersigned counsel, hereby stipulate and agree as set forth below in this stipulation and agreed order (the "**Stipulation**").

---

[1] Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), Rhodium Encore Sub LLC (1064), Rhodium Enterprises, Inc. (6290), Rhodium Industries LLC (4771), Rhodium Ready Ventures LLC (8618), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Renewables Sub LLC (9511), Rhodium Shared Services LLC (5868), and Rhodium Technologies LLC (3973). The mailing and service address of Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

## RECITALS

**WHEREAS,** in connection with the *First Am. Joint Ch. 11 Plan of Liquidation of Rhodium Encore LLC and its Affiliated Debtors* [Docket No. 1821] and as may be amended from time to time (the "**Plan**") and the *Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation of Rhodium Encore LLC and its Affiliated Debtors* [Docket No. 1822] (the "**Disclosure Statement**"), discovery requests ("**Plan Requests**") have been served by one or more of the Parties calling for the disclosure of certain information and communications that relate to mediations (the "**Mediations**") involving the Parties in these Chapter 11 Cases and that are, or may be, subject to mediation confidentiality (the "**Subject Information**"); and

**WHEREAS**, the Plan Requests have been withdrawn, but Subject Information may nevertheless be submitted for the limited purposes described below; and

**WHEREAS**, the Parties have conferred and agreed on how to handle the Subject Information to the extent used or produced during discovery in these Chapter 11 Cases;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Subject Information shall not be used for purposes of proving or disproving the validity or amount of any claims that the Mediations were convened to resolve, but instead solely for the purpose of considering other issues relating to the adequacy of the Disclosure Statement and confirmation of the Plan, such as, by way of example, consideration of the SAFE AHG Substantial Contribution Claim.

2. Subject Information shall be marked or otherwise designated as "Mediation Confidential," and its further use and disclosure shall be limited as provided under Section 5.2(A)-(H) of the *Stipulated Protective Order* [Docket No. 152] relating to Confidential Information, provided that Subject Information shall not be used at any hearing or trial that is open to the public

absent further agreement or order by the Court.

3. Except to the extent modified by the express terms hereof, the *Agreed Mediation Order* [Docket No. 966] remains in full force and effect.

**STIPULATED AND AGREED:**

Dated: November 30, 2025
Houston, Texas

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
|---|---|
| By: */s/ Sarah Link Schultz*<br>Sarah Link Schultz (State Bar No. 24033047; S.D. Tex. 30555)<br>Elizabeth D. Scott (State Bar No. 24059699; S.D. Tex. 2255287)<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201-2481<br>Telephone: (214) 969-2800<br>Email: sschultz@akingump.com<br>Email: edscott@akingump.com<br><br>- and -<br><br>Mitchell P. Hurley (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Email: mhurley@akingump.com<br><br>*Counsel to the SAFE AHG* | By: */s/ Patricia B. Tomasco*<br>Patricia B. Tomasco (SBN 01797600)<br>Cameron Kelly (SBN 24120936)<br>Alain Jaquet (*pro hac vice*)<br>700 Louisiana Street, Suite 3900<br>Houston, Texas 77002<br>Telephone: 713-221-7000<br>Facsimile: 713-221-7100<br>Email: pattytomasco@quinnemanuel.com<br>Email: cameronkelly@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br><br>- and -<br><br>Eric Winston (*pro hac vice*)<br>Razmig Izakelian (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213-443-3000<br>Facsimile: 213-443-3100<br>Email: ericwinston@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* |
| **BARNES & THORNBURG LLP** | **IACUONE MCALLISTER POTTER PLLC** |
| By: */s/ Trace Schmeltz*<br>Vincent P. (Trace) Schmeltz III (*pro hac vice*)<br>One N. Wacker Drive, Suite 4400<br>Chicago, Illinois 60606 | By: */s/ Chase J. Potter*<br>Chase J. Potter<br>Texas State Bar No. 24088245<br>potter@imcplaw.com<br>Joshua L. Shepherd |

Telephone: 312-214-5602
Facsimile: 312-759-5646
Email: tschmeltz@btlaw.com

*Counsel for the Special Committee of the Board of Directors of Rhodium Enterprises, Inc.*

Texas State Bar No. 24058104
shepherd@imcplaw.com
Energy Square One 4925 Greenville Ave., Suite 1112 Dallas, Texas 75206
214.432.1536

**MUNSCH HARDT KOPF & HARR, P.C.**
Brenda L. Funk
Texas Bar No. 24012664
John D. Cornwell
Texas Bar No. 24050450
700 Milam St., Suite 800
Houston, TX 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
bfunk@munsch.com
jcornwell@munsch.com

*Attorneys for the Transcend Group*

**SO ORDERED.**

Dated: ●, 2025
        Houston, Texas

                                            Hon. Alfredo Perez
                                            United States Bankruptcy Judge