IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RHODIUM ENCORE LLC, *et al.*,[1] | § | Case No. 24-90448 (ARP) |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

**NOTICE OF FILING OF ADDITIONAL INFORMATION IN SUPPORT OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FOR RHODIUM ENCORE LLC AND ITS AFFILIATED DEBTORS PROPOSED BY DEBTORS AND AD HOC GROUP OF SAFE PARTIES[2]**

**PLEASE TAKE NOTICE** that on December 3, 2025, in connection with the hearing to consider confirmation of the *Second Amended Joint Chapter 11 Plan of Liquidation for Rhodium Encore LLC and its Affiliated Debtors Proposed by Debtors and Ad Hoc Group of SAFE Parties* (Docket No. 2062) (the "Plan") and the Revised Liquidation Analysis filed on December 3, 2025 (Docket No. 2110-2) (the "Revised Liquidation Analysis"), the Debtors hereby file the related Consolidated Cash Reconciliation for the Updated Filed Liquidation Analysis for Plan Confirmation, attached hereto as **Exhibit 1**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511). The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

[2] This Notice supplements Exhibit B-2.

Dated: December 3, 2025
       Houston, Texas

                 QUINN EMANUEL URQUHART & SULLIVAN, LLP

                 */s/ Patricia B. Tomasco*
Patricia B. Tomasco (SBN 01797600)
Cameron Kelly (SBN 24120936)
Lindsay Weber (*pro hac vice*)
Alain Jaquet (*pro hac vice*)
Rachel Harrington (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
Email: cameronkelly@quinnemanuel.com
Email: lindsayweber@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: rachelharrington@quinnemanuel.com

- and -

Eric Winston (*pro hac vice*)
Razmig Izakelian (*pro hac vice*)
Ben Roth (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: ericwinston@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: benroth@quinnemanuel.com

*Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

      I, Patricia B. Tomasco, hereby certify that on the 3rd day of December, 2025, a copy of the foregoing Notice was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Patricia B. Tomasco*
                                              Patricia B. Tomasco

**Exhibit 1**
**Consolidated Cash Reconciliation for the Updated Filed**
**Liquidation Analysis for Plan Confirmation**

12875-00001/17595911.1