United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>RHODIUM ENTERPRISES, INC.,<br><br>Debtors,<br><br>Vs.<br><br>Midas Green Technologies, LLC<br>Appellant | Civil Action No.: 4:25cv5413<br><br>Bankruptcy Case No. 24bk90448 |

## ORDER GRANTING MIDAS GREEN TECHNOLOGIES, LLC'S MOTION TO VOLUNTARILY DISMISS APPEAL

On this day, the Court considered Midas Green Technologies, LLC's Motion to Voluntarily Dismiss Appeal pursuant to Federal Rule of Appellate Procedure 42(b). The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that:

1. The appeal in Civil Action No. 4:25-cv-5413 is hereby DISMISSED pursuant to Federal Rule of Appellate Procedure 42(b).
2. Unless otherwise ordered, each party shall bear its own costs.
3. The Clerk is directed to close this case.

SIGNED on _____February 23_____, 2026.

_____
HONORABLE GEORGE C. HANKS JR.

UNITED STATES DISTRICT COURT JUDGE