United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
|  | § | Case No. 24-90448 (ARP) |
| RHODIUM ENCORE LLC, *et al.*,[1] | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |
|  | § |  |
|  | § | **Re: Docket No. 2327 & 2370** |

**ORDER GRANTING TWELFTH AND THIRTEENTH MONTHLY AND FINAL
APPLICATION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY
PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025 (II) THE
MONTHLY PERIOD FROM DECEMBER 1, 2025 THROUGH
DECEMBER 19, 2025 AND (III) THE FINAL PERIOD FROM
NOVEMBER 23, 2024 THROUGH DECEMBER  19, 2025**
(Docket No. 2327)

The Court has considered the *Twelfth and Thirteenth Monthly, and Final Application of McDermott Will & Schulte LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for (I) the Monthly Period from November 1, 2025 Through November 30, 2025, (II) the Monthly Period from December 1, 2025 Through December 19, 2025, and (III) the Final Period from November 23, 2024 Through December 19, 2025* [Docket No. 2327] (the "Application") filed by *McDermott Will & Schulte LLP* (the "Applicant"). The Court orders:

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511). The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.

2

1.      Applicant is allowed compensation and reimbursement of fees and expenses in the amount of $4,591,296.11 for the period set forth in the Application.

2.      The Wind Down Debtor is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.


 Signed: June 08, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

2